OPINION — AG — ** SALES TAXES — CONSTRUCTION — SCHOOL DISTRICT ** THE EXEMPTION FROM THE STATE SALES TAX CONFERRED BY THE PROVISIONS OF 68 O.S. 1356 [68-1356], IS AVAILABLE ONLY TO A PERSON WITH WHOM A PUBLIC SCHOOL DISTRICT, OR OTHER ENTITY ENUMERATED IN THE STATUTE HAD ENTERED INTO A PUBLIC CONTRACT PURSUANT TO LAW. (TAXATION, REVENUE, PURCHASES, SUBCONTRACTOR) CITE: 68 O.S. 1356 [68-1356], 68 O.S. 1356 [68-1356](H) (PATRICK W. WILLISON)